

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

KIM M. ABDALLA; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 18-01180

Sheriff's Sale Date: _____

### AFFIDAVIT OF SERVICE

TYPE OF PROCESS: ORDER, SUMMONS AND COMPLAINT

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served KIM M. ABDALLA A/K/A KIM MARIE DIGIACOMO the above process on the 22 day of July, 2018, at 1:14 o'clock, PM, at 30 Woodbridge Dr Doylestown, PA 18901 1967, County of Bucks, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____ 2) _____ 3) _____

Commonwealth/State of **Pa** ) SS:
County of **Berks** )

Before me, the undersigned notary public, this day, personally, appeared **D'wayne Henriksson** to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-179759
Case ID #:5250243

Subscribed and sworn to before me
this **25** day of **July**, 20**18**.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021


USA-BA

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>7851-1 | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703827338287<br>9171999991703827338287 | ABDALLA, KIM M.<br>30 Woodbridge Drive<br>Doylestown, PA 18901 | ERR<br>C | 1.145 | 1.40<br>3.45 | | | 6.00 |
| 9171999991703827338294<br>9171999991703827338294 | ABDALLA, KIM M.<br>4223 Ferguson Drive<br>Doylestown, PA 18902 | ERR<br>C | 1.145 | 1.40<br>3.45 | | | 6.00 |
| 9171999991703827338300<br>9171999991703827338300 | ABDALLA, KIM M. (POE)<br>2370 York Road (POE)<br>Suite D2<br>Jamison, PA 18929 | ERR<br>C | 1.145 | 1.40<br>3.45 | | | 6.00 |
| 9171999991703827338317<br>9171999991703827338317 | ABDALLA, KIM M.<br>P.O. Box 293<br>Jamison, PA 18929 | ERR<br>C | 1.145 | 1.40<br>3.45 | | | 6.00 |
| 9171999991703827338324<br>9171999991703827338324 | ABDALLA, KIM M.<br>2365 Valley Road<br>Apt. 293<br>Jamison, PA 18929 | ERR<br>C | 1.145 | 1.40<br>3.45 | | | 6.00 |
| 9171999991703827338331<br>9171999991703827338331 | ABDALLA, KIM M.<br>87 York Street<br>Lambertville, NJ 08530 | ERR<br>C | 1.145 | 1.40<br>3.45 | | | 6.00 |
| 9171999991703827338348<br>9171999991703827338348 | ABDALLA, KIM M.<br>213 Commons Way<br>Doylestown, PA 18901 | ERR<br>C | 1.145 | 1.40<br>3.45 | | | 6.00 |
| 9171999991703827338355<br>9171999991703827338355 | ABDALLA, KIM M.<br>3355 Pine Road<br>Huntingdon Valley, PA 19006 | ERR<br>C | 1.145 | 1.40<br>3.45 | | | 6.00 |
| Page Totals<br>Cumulative Totals | 8<br>8 | | 9.16<br>9.16 | 38.80<br>38.80 | | | 47.96<br>47.96 |

| USPS Manifest Mailing System | | Page 2 |
|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Permit Number<br>123 | MAC Ver. Number<br>ConnectShip Progistics 6.5 |
| | Sequence Number<br>7851-1 | Class of Mail<br>Mixed |

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____    Round Stamp_____
Signature of Receiving Employee

PS Form 3877 (Facsimile)

Extra Service Codes:
C       Certified
ERR    Return Receipt



| Name and Address of Sender<br>KML LAW GROUP, P.C.<br>SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA, PA<br>19106-1532 | | Check type of mail or service:<br>☐ Certified     ☐ Recorded Delivery (International)<br>☐ COD          ☐ Registered<br>☐ Delivery Confirmation ☐ Return Receipt for Merchandise<br>☐ Express Mail ☐ Signature Confirmation<br>☐ Insured | | Affix Stamp Here<br>(If issued as a certificate of mailing, or for additional copies of this bill)<br>Postmark and Date of Receipt | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Article Number | | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
| 1. | | ABDALLA, KIM M.<br>30 Woodbridge Drive<br>Doylestown, PA 18901 | | | | | | | | | | | |
| 2. | | ABDALLA, KIM M.<br>4223 Ferguson Drive<br>Doylestown, PA 18902 | | | | | | | | | | | |
| 3. | | ABDALLA, KIM M. (POE)<br>2370 York Road (POE)<br>Suite D2<br>Jamison, PA 18929-1031 | | | | | | | | | | | |
| 4. | | ABDALLA, KIM M.<br>P.O. Box 293<br>Jamison, PA 18929 | | | | | | | | | | | |
| 5. | | ABDALLA, KIM M.<br>2365 Valley Road<br>Apt. 293<br>Jamison, PA 18929-1086 | | | | | | | | | | | |
| 6. | | ABDALLA, KIM M.<br>87 York Street<br>Lambertville, NJ 08530-2019 | | | | | | | | | | | |
| 7. | | ABDALLA, KIM M.<br>213 Commons Way<br>Doylestown, PA 18901-5802 | | | | | | | | | | | |
| 8. | | ABDALLA, KIM M.<br>3355 Pine Road<br>Huntingdon Valley, PA 19006 | | | | | | | | | | | |
| Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee) | | | | | | | | | | | |

U.S. POSTAGE >> PITNEY BOWES
ZIP 19106
02 1W $ 003.12⁰
0001391829 JUL 20 2018

PS Form 3877, February 2002 (Page 1 of 2)     Complete by Typewriter, Ink, or Ball Point Pen     See Privacy Act Statement on Reverse

PCO - B. Augustin

USA-179759   Bucks County   Sale Date:

KIM M. ABDALLA a/k/a KIM MARIE DIGIACOMO