# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>KIM M. ABDALLA a/k/a KIM MARIE DIGIACOMO<br><br>Defendant(s) | CIVIL NO. 18-01180 |

## CONSENT JUDGMENT

AND NOW, this _18th_ day of _Sept._, 2018, after consideration of the Stipulation to Enter Consent Judgment as agreed to by the parties it is hereby

ORDERED, ADJUDGED and DECREED

that Judgment is entered in favor of the United States of America and Against KIM M. ABDALLA a/k/a KIM MARIE DIGIACOMO, as follows:

| | | |
|---|---|---|
| Principal | - | $25,478.31 |
| Interest at the rate of 3.741% | - | $71.63 |
| Administrative Costs | - | $150.00 |
| Total Due as of January 17, 2018 | - | $25,699.94 |

with interest thereafter at the legal rate.

BY THE COURT:

_/s/ Robert F. Kelly_
**United States District Court Judge**